No. 83–5158.   PIERCE v. VOLKSWAGEN OF AMERICA, INC. Sup. Ct. Ind.   Certiorari denied.

No. 83–5159.   WILLIAMS v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 83–5161.   MARTIN v. MEACHUM, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 83–5164.   ROBINSON v. BOYD.   C. A. 4th Cir.   Certiorari denied.

No. 83–5166.   MOORE v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 83–5167.   HALL v. ALABAMA.   C. A. 11th Cir.   Certiorari denied.

No. 83–5172.   MYERS v. SPALDING, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 83–5174.   WEDDELL v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 83–5175.   ZERMAN v. JACOBS ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 83–5180.   JONES v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 83–5182.   FLEMING v. OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 83–5185.   POPPOS v. MCCAFFREY.   Cir. Ct. Montgomery County, Md.   Certiorari denied.

No. 83–5186.   SMITH v. CLARK, CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI. C. A. 8th Cir.   Certiorari denied.

No. 83–5187.   NEIL v. UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 83–5190.   ESTLACK v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.